# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § Docket No. **7:19-cr-2338-4** |
| vs. | § Pending in the Southern District of Texas |
| **Jose Anguiano** | § McAllen, Texas |

Bond Set: $30,000 w/deposit of $500

### AFFIDAVIT OF OWNERSHIP OF SECURITY
### FOR APPEARANCE BOND

I, **Ana M Sanguino De Anguiano**, on oath hereby declare that I am the owner of **$500** deposited as security on the bond for the above named defendant with Cash. Said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Ana M Sanguino De Anguiano

I, **Ana M Sanguino De Anguiano**, as owner, hereby subject said funds to the provisions of Local Rule 15 and consent and agree that in case of default or contumacy on the part of the principle, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's objection herein and award execution thereon.

_____
Ana M Sanguino De Anguiano, owner

SWORN TO AND SUBSCRIBED BEFORE ME ON   11/25/2019

DAVID J. BRADLEY, CLERK

BY: _____
Deputy Clerk Nelida Losoya